IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN TOBIAS ALLEN,
Inmate # 9980177037,
    Plaintiff,
vs.                                                  Case No.: 3:14cv304/MCR/EMT
ESCAMBIA COUNTY, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

      This matter is before the court on Plaintiff's "Motion to Withdraw Without Prejudice" the instant civil rights case, filed pursuant to 42 U.S.C. § 1983 (doc. 34). Plaintiff states that he is "asking this court to let him withdraw without prejudice so he can file at a later date after his release" (*id.*).

      Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

      Accordingly, it is respectfully **RECOMMENDED**:

      That Plaintiff's Motion to Withdraw, treated as a motion for voluntary dismissal (doc. 34), be **GRANTED** and this case be **DISMISSED without prejudice**.

      At Pensacola, Florida, this 22nd day of May 2015.

                                                                        /s/ *Elizabeth M. Timothy*
                                                                         **ELIZABETH M. TIMOTHY**
                                                                         **CHIEF UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.