IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN TOBIAS ALLEN,
Inmate # 9980177037,
    Plaintiff,

vs.                                    Case No.: 3:14cv304/MCR/EMT

ESCAMBIA COUNTY, et al.,
    Defendants.
_____/

## ORDER

      This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated May 22, 2015 (doc. 36), construing Plaintiff's Motion to Withdraw Without Prejudice as a Rule 41(a)(1)(A)(i) voluntary dismissal. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed.

      Having considered the matter, the court finds that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

      2.    Plaintiff's Motion to Withdraw (doc. 34), treated as a motion for voluntary dismissal is **GRANTED** and this case is **DISMISSED without prejudice**.

      **DONE AND ORDERED** this 6th day of July, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**